UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN



In re: Carolyn Szlamkowicz

Case No. 05-89735

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Thomas Neaves, agent for SMC c/o Sak's Fifth Ave., applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $ 878.54 , said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor SMC c/o SAK's Fifth Ave .
The applicant further states that:

1. (Indicate one of the following)

    _____ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    __X__ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

    _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Page 2 of 2

Application for Payment from Unclaimed Funds

Respectfully submitted this 26th day of March, 2009.

__SMC c/o Sak's Fifth Ave__
Name of creditor

_Thomas A Neaves_
Signature of Applicant

__Thomas A. Neaves   Gen. Manager__
Name and Title of Applicant

__Vativ Recovery Solutions LLC   dba SMC__
Company Name

__1 Sugar Creek Center Blvd.   Suite 820__
Street Address

__Sugar Land Tx   77478__
City and State

__281· 313· 1923__
Telephone number

__20-1682532__
Tax Identification

__XXX-XX-3460__
Social Security Number

__7__
Claim Number

UNITES STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

FILED
2009 MAR 30 P 12: 06
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

In re: Szlamkowicz, Carolyn
Debtor(s)

Case No. 05-89735

CERTIFICATE OF SERVICE

I, Thomas A. Neaves, declare under the penalty of perjury as follows:

On, March 26, 2009, I deposited in the Post Office in the City of Sugar Land, State of Texas, securely enclosed in a sealed envelope, a true and correct copy of:

Request for Release of Unclaimed Funds

To:

Eastern Division of Michigan
Chapter 7 Trustee
Charles L. Wells, III
903 N. Opdyke Rd.
#A1
Auburn Hills, MI 48326

United States Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226

Carolyn Szlamkowicz
38841 Equestrian South
Apt 43104
Farmington, MI 48331

Charles J. Schneider
39319 Plymouth Rd.
Ste. 1
Livonia, MI 48150

Date of Service: March 26, 2009

_____
Thomas A. Neaves

Thomas A. Neaves
General Manager of SMC
PO Box 19249
Sugar Land, TX 77496
T 281.313.1923
F 281.313.1928

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

In re: Szlamkowicz, Carolyn  
Debtor(s)

Case No. 05-89735

Chapter 7

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 878.54 to SMC, claimant in the above captioned case.

Claimant's Tax ID Number: 20-1682532

Dated:

United States Bankruptcy Judge

Payment to be mailed to:

**SMC**  
PO Box 19249  
Sugar Land, TX 77496



# SAKS
INCORPORATED

P.O. Box 20080, Jackson, MS 39289-0080
(601) 968-4400

12/15/2005

Re: Bankruptcy Case Filings, Remittance Checks, and Correspondence

To Whom It May Concern,

This letter is to advise you that SMC (Specialized Management Consultants) is our authorized agent in handling our Bankruptcies. You will be receiving claims and inquiries regarding claims filed by SMC on our accounts. All claims filed by SMC should have all correspondence and remittance sent to:

Saks Incorporated
C/O SMC
P.O. Box 19249
Sugar Land TX 77496

This is your authority to recognize SMC as our authorized agent in these matters.

Thank you in advance for your cooperation.

Sincerely,

D. D. Middleton
Director of Collections

cc: Amy Shiek
Specialized Management Consultants