UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Carolyn Szlamkowicz    Case No.  05-89735-pjs

Chapter    7

**ORDER DENYING PAYMENT OF UNCLAIMED FUNDS**

An Application for Payment from Unclaimed Funds by <u>VATIV Recovery Solutions, LLC d/b/a SMC</u> having been filed on March 30, 2009, and upon further review proper documentation required has not been provided as requested. now therefore,

**IT IS ORDERED** that the Application for Payment of Unclaimed Funds filed by VATIV Recovery Solutions, LLC d/b/a SMC filed on March 30, 2009 is hereby **DENIED**.

**Signed on March 22, 2010**

                                        /s/ Phillip J. Shefferly
                                        **Phillip J. Shefferly**
                                        **United States Bankruptcy Judge**